```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**JERRY WAYNE BROWN,**         :
                               :
    Petitioner,              :
                               : **CRIMINAL NO. 08-00219-WS-B**
**vs.**                        :
                               : **CIVIL ACTION NO. 09-00243-WS**
**UNITED STATES OF AMERICA,**  :
                               :
    Respondent.              :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 be **DENIED.** It is further **ORDERED** that, should Petitioner move for a certificate of appealability, it be **DENIED** for the reasons set forth in the Report and Recommendation, and that he is not entitled to appeal in forma pauperis.

    **DONE** and **ORDERED** this 16th day of August, 2012.

                                    **s/WILLIAM H. STEELE**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**